[No. 49985-8-I.   Division One.   April 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON F. COFFEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07866-2, Paris K. Kallas, J., entered February 1, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 49990-4-I.   Division One.   April 7, 2003.]

CHRISTIAN JOUBERT, *Individually and as Successor Personal Representative, Appellant*, v. SASSAN SANAI, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-16429-5, William L. Downing, J., entered January 14, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50003-1-I.   Division One.   April 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN HEATH PHAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00742-9, Michael F. Moynihan, J., entered December 3, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50211-5-I.   Division One.   April 7, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ZURICH SPECIALTIES LONDON, LTD., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-2-02544-7, Ronald L. Castleberry, J., entered February 26, 2002. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker, C.J., and Baker, J.